UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELICIA LUM ROBINSON,

Plaintiff,

v.

BLST OPERATING COMPANY, LLC,

Defendant.

Case No.  24-cv-01784-JD

**ORDER TRANSFERRING CASE**

The parties' joint request, Dkt. No. 14, is granted.

Pursuant to the parties' stipulation and 28 U.S.C. § 1404(a), the case is ordered transferred to the United States District Court for the District of Minnesota.

**IT IS SO ORDERED.**

Dated:  June 4, 2024

_____
JAMES DONATO
United States District Judge